UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:24-CR-70-KAC-JEM ) |
| MICHAEL P. GRANDE, | ) ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This criminal action is before the Court on United States Magistrate Judge Jill E. McCook's "Report and Recommendation" ("Report") entered on July 22, 2024 [Doc. 13]. On June 20, 2024, the Grand Jury for the Eastern District of Tennessee returned an indictment charging Defendant with thirteen (13) counts of various financial crimes and one (1) count of tampering with a witness [*See* Doc. 3]. The Grand Jury determined that, as to Counts One (1) through Four (4) and Seven (7) through Thirteen (13), the real property located at 517 Deep Creek View; Annapolis Maryland; 21409 is subject to forfeiture [*See id.* at 9-10, 11-13]. Thereafter, the United States moved the Court for a protective order pursuant to 21 U.S.C § 853(e)(1)(A) and 18 U.S.C. § 982(b)(1), restraining the Defendant and his agents from taking action that would affect or diminish the value of that property [*See* Doc. 10 at 1]. Defendant responded that he "does not object to [the] entry of a protective order preserving the 'status quo'" of the property [*See* Doc. 12 at 1]. Accordingly, the Report recommends that this Court grant the United States's "Motion for Protective Order" [Doc. 10] [*See* Doc. 13 at 3]. Defendant did not object to the Report, and the time to do so has passed [*See* Doc. 13 at 3 n.4 (providing fourteen (14) days to file any objections to the Report)]. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).

As the Report notes, both Parties "agree that the real property" located at 517 Deep Creek View "is listed in the forfeiture allegations in the Indictment" [Doc. 13 at 2]. It is appropriate to enter a protective order to "preserve the availability" of that property. *See* 18 U.S.C. § 853(e)(1). Accordingly, having reviewed the record, the Court **ACCEPTS** and **ADOPTS** the Report [Doc. 13] under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b)(2) and **GRANTS** the United States's "Motion for Protective Order" [Doc. 10]. The Clerk shall file the attached counter-signed protective order.

SO ORDERED.

_____
KATHERINE A. CRYTZER
United States District Judge