UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 3:24-CR-00070-KAC-JEM |
| ) | |
| MICHAEL GRANDE, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or recommendation as appropriate. This case is before the Court on Defendant Michael Grande's Motion to Continue Trial and Associated Deadlines [Doc. 40], filed on August 29, 2025.

Defendant requests the Court continue the trial date scheduled for September 30, 2025; the plea deadline set for August 29, 2025; and all related dates [*Id.* at 1]. In support of his motion, Defendant states that the parties are working toward an agreed resolution, and he has "made substantial progress toward satisfaction of restitution and/or forfeiture amounts that could be owed if an agreed plea can be negotiated" [*Id.*]. If an agreed resolution is not reached, however, the Government plans to raise and litigate an issue involving defense counsel's continued representation based on the witness tampering charge in in Count Fourteen of the Indictment [*Id.*]. Defendant consents to the requested continuance and waives his speedy trial rights in relation to the continuance [*Id.* at 2]. Defendant states that counsel for the Government does not oppose the requested continuance [*Id.*].

Based upon the information in Defendant's motion, and because the Government does not oppose the continuance, the Court finds the ends of justice served by granting a continuance

outweigh the interests of Defendant and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). In making this determination, the Court has considered the factors set forth in 18 U.S.C. § 3161(h)(7)(B). Specifically, the Court concludes that failing to grant a continuance would both result in a miscarriage of justice and deny counsel for Defendant Grande the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). Defense counsel needs more time to time to review, discuss, and evaluate issues relating to a potential plea agreement, and, if plea negotiations are ultimately not fruitful, to otherwise prepare for trial. The Court finds that all of this cannot occur before the September 30, 2025 trial date.

The Court therefore **GRANTS** Defendant Michael Grande's Motion to Continue Trial and Associated Deadlines [**Doc. 40**]. The trial of this case is reset to **February 24, 2026**. A new, comprehensive trial schedule is included below. Because the Court finds that the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial, all the time between the filing of the motion on August 29, 2025, and the new trial date is fully excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A)–(B).

Accordingly, the Court **ORDERS** as follows:

(1) Defendant Michael Grande's Motion to Continue Trial and Associated Deadlines [**Doc. 40**] is **GRANTED**;

(2) the trial of this matter is reset to commence on **February 24, 2026, at 9:00 a.m.**, before the Honorable Katherine A. Crytzer, United States District Judge;

(3) all time between the filing of the motion on **August 29, 2025**, and the new trial date of **February 24, 2026**, is fully excludable time under the Speedy Trial Act for the reasons set forth herein;

(4) the deadline for filing a plea agreement in the record and providing reciprocal discovery is **January 23, 2026**;

(5) the deadline for filing motions *in limine* is **February 9, 2026**. Responses to motions *in limine* are due on or before **February 17, 2026**;

(6) the parties are to appear before the undersigned for a final pretrial conference on **February 3, 2026, at 10:00 a.m.**; and

(7) requests for special jury instructions with appropriate citations to authority pursuant to Local Rule 7.4 shall be filed on or before **February 14, 2026**.

**IT IS SO ORDERED.**

ENTER:

/s/ Jill E. McCook
Jill E. McCook
United States Magistrate Judge